U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JUL 30 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| SUSAN K. STELLY, ET AL. | CIVIL ACTION NO. 6:14CV694 |
| VERSUS | JUDGE DOHERTY |
| DOLGENCORP LLC | MAGISTRATE JUDGE HILL |

### MEMORANDUM RULING

Currently pending before the Court is a motion for summary judgment [Doc. 23], filed by defendant Dolgencorp LLC, whereby defendant seeks "judgment as a matter of law dismissing Plaintiffs' spoliation claim with prejudice." [Doc. 23-1, p. 3] The motion is unopposed. For the following reasons, the motion is GRANTED.

On January 26, 2015, plaintiffs filed an amended complaint, whereby they alleged defendant failed to preserve all video surveillance evidence showing the accident herein sued upon. [Doc. 17, pp. 3-4] More specifically, according to the complaint, defendant produced to plaintiffs surveillance footage from one camera, but "intentionally destroyed and/or failed [to] preserve" surveillance footage from a second camera. [Doc. 17, pp. 3-4] Plaintiff sought damages, as well as an adverse presumption, as a remedy for the alleged spoliation. [Id. at 4] According to defendant's motion, the surveillance footage at issue was subsequently located, and was provided to plaintiffs on February 24, 2015. [Doc. 23-1, p.2] In light of the foregoing, defendant argues plaintiffs' claim for spoliation must be dismissed.

The Motion for Summary Judgment [Doc. 23], appearing to be well-founded in law and fact and being unopposed by plaintiffs, is hereby GRANTED, and plaintiffs' claim for spoliation is hereby DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 30th day of July, 2015.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE